USDC-BALTIMORE
'23 APR 27 PM

LNE 4.24.23
JG: USAO# 2023R00283

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. RDB 23cr154 |
| v. | * |
| | * (Possession of a Firearm and |
| **JERMAINE PORTER,** | * Ammunition by a Prohibited Person, |
| | * 18 U.S.C. § 922(g); Forfeiture 21 |
| Defendant. | * U.S.C. § 853, 18 U.S.C. § 924(d), and |
| | * 28 U.S.C. |
| | * § 2461(c)) |

## INDICTMENT

### COUNT ONE
### (Possession of Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about March 5, 2023, in the District of Maryland, the defendant,

**JERMAINE PORTER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a SCCY Industries CPX-1, pistol bearing serial number C273269, and 8 rounds of 9 mm ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense alleged in Count One incorporated here, the defendant shall forfeit to the United States any firearms and ammunition involved in the offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. one SCCY Industries CPX-1 9 mm handgun bearing serial number C273269;

   b. approximately eight rounds of 9 mm ammunition;

### Substitute Assets

4. Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act(s) or omission(s) by the Defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant(s) up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853(p)
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Erek L. Barron* — JG
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

4/27/23
Date

3