CASE NUMBER: RDB-23-154
CASE NAME: USA v. JERMAINE PORTER

We cannot arrive at a unanimous decision. It has been deemed ~~no~~ more time will not help us arrive at a decision.

FILED ___ ENTERED
LOGGED ___ RECEIVED

JAN 15 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
BY   DISTRICT OF MARYLAND
                              DEPUTY

JUROR NUMBER: #1

DATE: 1/15/2025
TIME: 4:39

For Court Use Only:
Recv'd by: [signature]   DATE: 1/15/2025   TIME: ___
Court Exhibit #: 2

Jury Note (Rev. 2/2009)