CASE NUMBER: RDB-23-154
CASE NAME: USA v. JERMAINE PORTER

We would like to see Sergeant Ruiz's body cam video footage again. (with audio if available)(uninterrupted)

We think:
Exhibit #5 of Defense AND
Exhibit #2 of US Gov.

FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN 1 5 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JUROR NUMBER: #1

DATE: 1/15/2025
TIME: 2:34

For Court Use Only:
Recv'd by: _____
Court Exhibit #: 1
DATE: 1/15/2025   TIME: _____

Jury Note (Rev. 2/2009)